FROM U.S. ATTOR... Case 1:06-mj-00078-MPT    Document 2   Filed 06/12/2006    Page 1 of 3
JUN-12-2006 MON 01:21 PM USAO COLUMBIA - CRIMINAL    FAX NO. 2542943    P. 02

1:06-cr-00596-CR-    Date Filed 06/07/2006    Entry Number 2    Page 1 of 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIM. NO.: 1:06-596 |
| ) | 21 U.S.C. 846 |
| v. ) | |
| ) | 06-78M-MPT |
| PATRICIA L. HOPKINS ) | |
| ) | INDICTMENT |

### COUNT 1

**REDACTED**

THE GRAND JURY CHARGES:

That beginning in or around August 2004, continuing thereafter up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendant, **PATRICIA L. HOPKINS**, knowingly and intentionally did combine, conspire, confederate and agree and have a tacit understanding with others, both known and unknown to the Grand Jury, unlawfully to distribute and possess with intent to distribute Oxycodone (commonly known as OxyContin) a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C);

All in violation of Title 21, United States Code, Sections 846.

A TRUE BILL

s/Foreman
FOREMAN

s/Reginald I. Lloyd
REGINALD I. LLOYD    (WDHjr)
UNITED STATES ATTORNEY



FILED
JUN 1 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FROM U.S. ATTORNEY Case 1:06-mi-00078-MPT   Document 2   Filed 06/12/2006   Page 2 of 3
JUN-12-2006 MON 01:21 PM USAO COLUMBIA - CRIMINAL   FAX NO. 2542943   P. 03

1:06-cr-00596-CRT   Date Filed 06/07/2006   Entry Number 2   Page 2 of 2

PENALTY:

21 USC 846:

**MAXIMUM SENTENCE THIS COUNT**
**FINE OF $1,000,000 (18 USC 3571)**
**IMPRISONMENT FOR 20 YRS**
**SUPERVISED RELEASE FOR 3 YRS (18 USC 3583)**
**SPECIAL ASSESSMENT $100.00 (18 USC 3013)**

FROM U.S. ATTORNEY (MON) 6. 12'06 13:20/ST. 13:19/NO. 4864722104 P 5
JUN-12-2006 MON 01:21 PM USAO COLUMBIA - CRIMINAL    FAX NO. 2542943    P. 04

Case 1:06-mj-00078-MPT    Document 2    Filed 06/12/2006    Page 3 of 3

1:06-cr-00596-CRI    Date Filed 06/07/2006    Entry Number 4    Page 1 of 1

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:06-596 |
| | ) | |
| v. | ) | |
| | ) | **O R D E R** |
| PATRICIA L. HOPKINS | ) | **FOR BENCH WARRANT** |

The Clerk of Court is hereby directed to issue a warrant for the arrest of the defendant, **PATRICIA L. HOPKINS**, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina

_June 7_____, 2006

I SO MOVE:

REGINALD I. LLOYD
UNITED STATES ATTORNEY

BY: _____
Winston D. Holliday, Jr. (ID# 7597)
Assistant United States Attorney
1441 Main Street
Columbia, South Carolina 29201
(803) 929-3000