AO 467 (1/86) Order Holding Defendant

*Filed in open court 6/12/06 KJK*

# United States District Court

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA

V.

Patricia L. Hopkins

**ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION**

Case Number: 06-78M-MPT

Charging District Case Number: 06-596 USDC/SC

FILED JUN 1 2 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the District of **South Carolina**; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) Pretrial Services @ 611 Strom Thurmond Federal Bldg, 1835 Assembly St., Columbia, SC 29201, (803)-253-3310. on on or before Friday 6/23/06 by 12:00 pm

Signature of Judicial Officer

June 12, 2006.
Date

Hon. Mary Pat Thynge, United States Magistrate Judge
Name and Title of Judicial Officer