AO 467 (1/86) Order Holding Defendant

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA

v.

PATRICIA L. HOPKINS

**AMENDED**

ORDER HOLDING DEFENDANT TO
ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING
PROBATION JURISDICTION

Case Number: 06-78M-MPT (USDC/DE)

Charging District Case Number: CR06-596 (USDC/SC)

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of SOUTH CAROLINA; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) FEDERAL COURTHOUSE, COURTROOM #8
901 RICHLAND ST.  
*Place and Address*
COLUMBIA, SC 29201 on JUNE 27th 2006 @ 10:00 AM.
*Date and Time*

FILED
JUN 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JUNE 13, 2006
*Date*

*Signature of Judicial Officer*

HON. MARY PAT THYNGE, UNITED STATES MAGISTRATE JUDGE
*Name and Title of Judicial Officer*