OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

July 6, 2006

Clerk of Court
United States District Court
District of South Carolina
901 Richland Street
Columbia, SC 29201



RE: United States v. Patricia Hopkins
    Case No. 06-78M USDC/DE
          CR 06-596 USDC/SC

Dear Clerk:

   Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

   Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Keith J. Kincaid
Deputy Clerk

/kjk
enclosure

I hereby acknowledge receipt of the record in the above referenced case on _____7/10/06_____.
                                          (date)

_____
Signature

_____
Title

FILED
JUN 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE