UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-78-MPT |
| | : | |
| Patricia L. Hopkins | : | |
| | : | |
| Defendant. | : | |
| | : | |

## SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Eleni Kousoulis, Esquire as attorney of record and

enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Patricia

L. Hopkins, in the above-captioned matter.


/s/
ELENI KOUSOULIS, ESQUIRE



/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant

DATED:  November 27, 2006

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney for defendant Patricia L. Hopkins,  hereby certifies that a copy of

Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and

downloading and was electronically delivered on November 17, 1006, to:

Leonard P. Stark
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

/s/
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Defendant

DATED:  November 27, 2006